# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON CORONA, | : | CIVIL ACTION NO. |
| | : | 3:21-cv-00112-VAB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLIED UNIVERSAL SECURITY SERVICES ET AL | : | |
| | : | |
| | : | OCTOBER 13, 2021 |
| Defendant. | : | |
| | : | |

## VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, JASON CORONA, by and through his undersigned counsel, submits this Voluntary Dismissal of Action with Prejudice. The Parties have agreed to amicably resolve any and all claims by the Plaintiff against Defendant in this action and Plaintiff has authorized his undersigned counsel to consent and agree to dismiss the instant action with prejudice to Plaintiff. No award of attorney's fees, costs and/or disbursements will be awarded to any Party by the Court.

THE PLAINTIFF,
JASON CORONA

By: _____/s/_____
Michael C. McMinn (#ct27169)
**THE MCMINN EMPLOYMENT LAW FIRM, LLC**
1000 Lafayette Blvd., Suite 1100
Bridgeport, CT 06604
Tel: (203) 683-6007
Fax: (203) 680-9881
michael@mcminnemploymentlaw.com

*COUNSEL FOR PLAINTIFF*